# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK BURTON, JR., ) | |
| ) | Civil Action No. 14 - 131 |
| Petitioner, ) | |
| ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| MARK V. CAPPOZZA, *et al*., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

Petitioner has submitted for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, the petition was received without a filing fee or the forms required to proceed *in forma pauperis*. This action may not proceed unless Petitioner either,

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

(2) files a properly completed application to proceed *in forma pauperis*, along with an authorization form and a certified copy of his prison account statement for the six (6) months preceding the filing of the petition.

Therefore,

**IT IS HEREBY ORDERED** this 5th day of February, 2014, that the Clerk of Court is to mark this case **CLOSED**.

1

**IT IS FURTHER ORDERED** that Petitioner may reopen the case by paying the $5.00 filing fee or submitting an authorization form and a certified copy of his prison account statement for the six (6) months preceding the filing of the petition.

**AND IT IS FURTHER ORDERED** that the parties are allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Frank Burton, Jr.
 KV6843
 PO Box 99991
 Pittsburgh, PA 15233